## Individual Statement

Date Printed: 11/16/2005

### For Month of June 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $253.85 |
|---|---|---|---|---|---|---|
| 00306875 | JOHNSON | Dammeyin | | | | |

Current Location: D/E    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | Source/Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 6/1/2005 | $38.40 | $0.00 | $0.00 | $292.25 | 113027 | | | |
| Canteen | 6/1/2005 | ($45.00) | $0.00 | $0.00 | $247.25 | 114443 | | | |
| Pay-To | 6/9/2005 | ($2.16) | $0.00 | $0.00 | $245.09 | 118568 | | D BLVG 4/24-5/23 | |
| Pay-To | 6/9/2005 | ($0.55) | $0.00 | $0.00 | $244.54 | 118569 | | DST/POSTAGE | |
| Pay-To | 6/27/2005 | ($100.00) | $0.00 | $0.00 | $144.54 | 124352 | | DST/POSTAGE | DAMMEYIN A JOHNS |
| Canteen | 6/29/2005 | ($32.59) | $0.00 | $0.00 | $111.95 | 125271 | | | |

Ending Mth Balance: $111.95



RECEIVED NOV 30 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05-817

ORIGINAL

# Individual Statement

Date Printed: 11/16/2005

## For Month of July 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $111.95 |
|---|---|---|---|---|---|---|
| 00306875 | JOHNSON | Danmeyin | | | | |

Current Location: D/E    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/1/2005 | $38.40 | $0.00 | $0.00 | $150.35 | 126413 | | D BLDG 5/24-6/23 | |
| Canteen | 7/20/2005 | ($29.30) | $0.00 | $0.00 | $121.05 | 133849 | | | |

Ending Mth Balance: $121.05

# Individual Statement

Date Printed: 11/16/2005

## For Month of August 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $121.05 |
|---|---|---|---|---|---|---|
| 00306875 | JOHNSON | Danmeyin | | | | |

Current Location: D/E          Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 8/1/2005 | $38.40 | $0.00 | $0.00 | $159.45 | 137720 | | D BLDG 6/24-7/23 | |
| Canteen | 8/10/2005 | ($22.66) | $0.00 | $0.00 | $136.79 | 143138 | | | |
| Canteen | 8/31/2005 | ($10.18) | $0.00 | $0.00 | $126.61 | 151114 | | | |

Ending Mth Balance: $126.61

# Individual Statement

## For Month of September 2005

Date Printed: 11/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $126.61 |
|---|---|---|---|---|---|---|
| 00306875 | JOHNSON | Dammeyin | | | | |

Current Location: D/E       Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 9/1/2005 | $38.40 | $0.00 | $0.00 | $165.01 | 152010 | | | |
| Canteen | 9/7/2005 | ($7.24) | $0.00 | $0.00 | $157.77 | 154462 | | | |
| Canteen | 9/14/2005 | ($16.31) | $0.00 | $0.00 | $141.46 | 157444 | | | |
| Mail | 9/14/2005 | $50.00 | $0.00 | $0.00 | $191.46 | 157828 | 829492132 | D BLDG 7/24-8/23 | B MILLER |

Ending Mth Balance: $191.46

# Individual Statement

## For Month of October 2005

Date Printed: 11/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $191.46 |
|---|---|---|---|---|---|---|
| 00306875 | JOHNSON | Dammeyin | | | | |

Current Location: D/E        Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/3/2005 | $38.40 | $0.00 | $0.00 | $229.86 | 164397 | | | |
| Canteen | 10/5/2005 | ($10.24) | $0.00 | $0.00 | $219.62 | 166303 | | | |
| Canteen | 10/12/2005 | ($18.49) | $0.00 | $0.00 | $201.13 | 170054 | | | |
| Pay-To | 10/14/2005 | ($50.00) | $0.00 | $0.00 | $151.13 | 172176 | D BLDG 8/24-9/23 | DEXSTA FCU | |

Ending Mth Balance: $151.13

Date Printed: 11/16/2005

# Individual Statement
## For Month of November 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $151.13 |
|---|---|---|---|---|---|---|
| 00306875 | JOHNSON | Dammeyin | | | | |

Current Location: D/E     Comments:

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2005 | $38.40 | $0.00 | $0.00 | $189.53 | 177025 | | | |
| Canteen | 11/2/2005 | ($32.17) | $0.00 | $0.00 | $157.36 | 178822 | | | |
| Canteen | 11/9/2005 | ($7.46) | $0.00 | $0.00 | $149.90 | 181656 | | D BLDG 9/24-10/23 | |

Ending Mth Balance: $149.90

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

*[handwritten signatures]*