#306875
DAmmeyin A. Johnson
1181 Paddock Road, D.C.C.
Smyrna, DE 19977

November 19, 2005

**ORIGINAL**

Clerk
United States District court
844 N. King Street, Lockbox 18
Wilmington, DE 19801



RECEIVED
NOV 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-817

Dear, Clerk

    I'm petitioning to this Honorable court a Habeas corpus, memorandum and appendix, along with a six month statement of my account. I sent the $5.00 filing fee to be sent out but if it aint in this this package, please look forward to another envelope with a similar letter and another copy of my six month statement account with the filing fee inside, hopefully this Respectful court will hear my motion.
    I THANK you for your Time and undived attention concerning this matter

Respectfully
Dammeyin A. Johnson
DAmmeyin A. Johnson
1181 pAddock Road
Delaware Correctional
center, Smyrna DE
19977