Dammeyin A. Johnson
1181 Paddock Road
D.C.C., Smyrna DE.
19977

Clerk
Federal District Court
844 King Street
Lock Box 18
Wilmington, DE.
19805

November 19, 2005
Re: Filing Fee

ORIGINAL

RECEIVED
NOV 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
05-817

Dear Clerk,

I've submitted a request to D.C.C.'s business office, informing them to take-forward $5.00 dollars off my account to this Honorable Court for the Filing Fee.

I've submitted a Habaes Corpus 2254 with a supporting Memorandum and Appendix. I'm unsure wrether the Filing Fee will be mailed with the Habaes Corpus or seperately, so the Court will have to keep an eye open.

I've enclosed a six month statement with the legal materials along with this Letter, in Hope of ensuring the Courts Acceptance of the Writ of Habaes Corpus.

I thank You in advance for your anticipated Cooperation.

Respectfully Submitted
Dammeyin A. Johnson