U.S. DISTRICT COURT

Dammeyin A. Johnson
    vs.
Carroll

case number 1:05-cv-817 (GMS)

Dear, Clerk

I ask that you forward and submit this enclosed letter in my file, and for Honorable Judge Gregory M. Sleet review.

Thank you for your time and undivided attention.



FILED
MAR 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned