Dammeyin A. Johnson
1181 Paddock Road, D.C.C.
Smyrna, De 19977

Mr. Paul Howard
Bureau Chief
Dept. of correction
245 McKee Road
Dover, Delaware 19904

March 17, 2006

RE: <u>Appeal</u> and <u>Investigation, Requested</u>

**FILED**
**MAR 22 2006**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

Case Number <u>1:05-cv-817-(GMS)</u>

Dear Sir,

BD scanned

On the above date I've appeared before the units counselor for classification and I humbly request an appeal of the boards decision and an investigation into the procedures-practice of the team.

For starters I believe the classification (In house) was to consist of, the counselor a security staff and a member from education or mental health?

At any rate, the past couple years I've appeared for classification the unit counselor (mrs. minor) has been attributing points to me <u>to me</u> but mysteriously today has not..... so either the past two years the counselor has operated in error or today she has. Compounding this questionable conduct, the counselor submitted my name for a group, "<u>personal challenge</u>", that requires me to discuss my criminal case and the circumstances that lead me here. I respectfully informed the counselor of my criminal case being on appeal-under review in the "united states District court" under case # <u>1:05-cv-817 (GMS)</u> before Honorable Judge Gregory M. Sleet. And which my case being under review the law prohibits the Department from compelling me to participate in discussions, that require me to discuss my case. The counselor proceeded to classify me to the group, absent a preliminary investigation into the potential consequences.

As a former counselor yourself, you know that for a resident to

case, is a basis for termination from the group.

Before I continue, please allow me to say, I'm receptive to treatment groups, programs and whatever else is conducive to positive growth. I've came to D.C.C. from Newcastle County Detention center/Ferris as an ignorant and confused child. Since being in prison, I've matured into manhood. I acquired a Diploma and currently I assume college courses, I've participated in mental health and continue to do so on a needed basis and I've completed a slew of other groups and programs.

I have two years before my S.T.R.D. and has been in prison for the past nine years. For the past four years I've not had a single write-up and has held a Job.

At the classification hearing I've requested consideration for "M.C.I., Webb or GeorgeTown". The counselor submitted my name for minimum (w-Building). The minimum unit in reality is a duplicate of medium and the MHU, it's merely only a title and an illusion to pacify those that will ultimately die in prison because of their lenthy sentence..... The harsh reality is, their exist no degree of freedom in prison6

In chapter 65 of title 11, the law states that a defendant should be rehabilitated and promptly returned back to the community. Also in title 11 subsection 4217 there's a provision that allows the Department to submit an application for the modification of a residents sentence.

In addition to the above, their are a number of other avenues-options available, to aid in the smooth transition of a residence return back to the community, as your well aware, unfortunately the unit counselor (Mrs. Minor) elected to pursue a course detrimental to my welfare6 with all due respect a brief review of the factual circumstances of my locality should confirm that appeal of the boards decision is in order, along with a investigation.

I'm requesting that I remain at medium status (current location) and that the minimum classification and that particular group be reversed. If such is not done the classification team might as well just classify me to the STU or MTU, cause such is inevitable once I'm sent to minimum and refuse to discuss my case that's currently under review.

Sir, is the prison willing to be liable in the courts for forcing me to discuss my criminal case in a group when a fellow resident appears in court to testify about what I said in the group? Mrs. Minor is employed by the Department and ultimately is accountable for her action, then everybody want to harass me instead of having employed competent counselors!

I mean no offense and I say this reluctantly, which I'm sure you'll concur (in your head) but not publically. There is very little accountability held on Department officials now days, but much is expected of the residence. Evidence of this assertion is substantially apparent in every level of the operation within these walls and beyond.

I heard you been around for decades and was in a home before being adopted, I say this in acknowledging that despite the obstacles in your early growth and development, you perservered. In addition, you know how a prison should operate versus, how it currently is. Sir, by no means am I trying to indict anyone here, I simply want to better myself and be a productive asset once released. I'm far from perfect and I realize theres much room for improvements, which I shall never stop trying to work on.

In conclusion, I would appreciate your consideration-intervention in the above, and I thank you in advance for your anticipated cooperation!

Respectfully submitted

Darnell A. John

I, Dammeyin A. Johnson asserts that the following parties been served with a copy of this letter:

Honorable, Gregory M. Sleet

Attorney General, Mr. Carl C. Danbers

Mr. Ronald Hosterman
   Treatment administrator

Mrs. Evelyn Stevenson
   classification chairperson

Mrs. Leona Miner
   unit counselor

Mr. Kenneth Milbourne
   counselor supervisor

March 17, 2006



IM Donmeyin A. Thnton
SBI# 306875   UNIT 06
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 198
PM
MAR 2006

office of the clerk
United States District court
844 N. King Street, Lockbox 18
Wilmington, Del
19801-3570