IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAMMEYIN A. JOHNSON, )
)
      Petitioner, )
)
v. )   Civil Action No. 05-817-GMS
)
THOMAS CARROLL, )
Warden, and ATTORNEY GENERAL )
FOR THE STATE OF DELAWARE, )
)
      Respondents. )

## ORDER

At Wilmington this 30th day of March, 2006;

IT IS HEREBY ORDERED that:

1. Petitioner Dammeyin A. Johnson's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. 2254 is DISMISSED and the writ is DENIED as second or successive. (D.I. 1.) The instant petition is Johnson's second habeas challenge to his 1999 conviction. The court denied Johnson's first § 2254 petition on the merits. *See Johnson v. Snyder*, Civ. A. No. 01-278-GMS, Mem. Order (D. Del. Dec. 10, 2003). Consequently, because Johnson has filed the instant petition without first obtaining permission from the Court of Appeals for the Third Circuit, the court does not have the authority to review the petition. *See* 28 U.S.C. § 2244(b)(1); *Robinson v. Johnson*, 313 F.3d 128, 139 (3d Cir. 2002)(holding that when a second or successive habeas petition is erroneously filed "in a district court without the permission of the court of appeals, the

district court's only option is to dismiss the petition or transfer it to the court of appeals pursuant to 28 U.S.C. § 1631.").

2. Johnson has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and a certificate of appealability is not warranted. *See United States v. Eyer*, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. LAR 22.2 (2002).

3. Pursuant to Rule 4, 28 U.S.C. foll. § 2254, the clerk shall forthwith serve a copy of the petition and this order upon: (1) the above-named warden of the facility in which Johnson is housed; and (2) the Attorney General for the State of Delaware.

4. The clerk shall also send a copy of this order to Johnson at his address on record.

_____
United States District Court